IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| LEGACY RESERVES, INC., et al[1] | § | Case No. 19-33395 (MI) |
| | § | |
| DEBTOR(S) | § | (Jointly Administered) |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code and hereby appoints following eligible creditors to the official committee of unsecured creditors in the above captioned case:

| | |
|---|---|
| Wilmington Trust, National Association<br>1100 North Market Street<br>Wilmington, DE 19890 | Steven Cimalore<br>(302) 636-6058 |
| Dalton Investments, LLC<br>1601 Cloverfield Blvd., Suite 5050-N<br>Santa Monica, CA 90404 | Steven D. Persky<br>(424) 231-9100 |
| Paul C. Drueke<br>1630 Foot Hills Trail NE<br>Ada, MI 49301 | Paul C. Draeke<br>(616) 821-5375 |
| John M. Dinkel<br>3615 W Norfolk Ave.<br>Norfolk, NE 68702 | John M. Dinkel<br>(402) 640-5094 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Legacy Reserves Inc. (9553); Legacy Reserves GP, LLC (1065); Legacy Reserves LP (1069); Legacy Reserves Finance Corporation (1181); Legacy Reserves Services LLC (2710); Legacy Reserves Operating LP (7259); Legacy Reserves Energy Services LLC (1233); Legacy Reserves Operating GP LLC (7209); Dew Gathering LLC (4482); Pinnacle Gas Treating LLC (3711); Legacy Reserves Market 93). The location of the Debtors' service address is: 303 W. Wall St., Suite 1800, Midland, TX 79701.

| Nicholas Mumford<br>117 Legend Hollow<br>Boerne, TX 78006 | Nicholas Mumford<br>(830) 336-4670 |
|---|---|
| | |

Dated: July 3, 2019

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE

By: */s/Stephen D. Statham*
Hector Duran
Trial Attorney
Texas Bar No. 00783996/Fed. ID No. 15243
Stephen D. Statham
Trial Attorney
Texas Bar No.19082500/Fed. ID No. 9191
Office of the United States Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
(713) 718-4650 Ext 239/252
(713) 718-4670 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on this 3rd day of July, 2019.

*/s/ Stephen D. Statham*
Stephen D. Statham
Trial Attorney