IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **LEGACY RESERVES INC.,** *et al.*,[1] | § | **Case No. 19-33395 (MI)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |

**NOTICE OF ADJOURNMENT OF FINAL HEARING ON DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (II) AUTHORIZING THE USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, (III) GRANTING ADEQUATE PROTECTION TO THE EXISTING RBL SECURED PARTIES AND THE EXISTING SECOND LIEN SECURED PARTIES PURSUANT TO SECTIONS 361, 362, 363, and 364 OF THE BANKRUPTCY CODE, (IV) GRANTING LIENS AND SUPERPRIORITY CLAIMS, (V) MODIFYING THE AUTOMATIC STAY, AND (VI) SCHEDULING A FINAL HEARING**
(Related Dkt. Nos. 17, 86)

**PLEASE TAKE NOTICE** that on June 18, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Existing Second Lien Secured Parties Pursuant to Sections 361, 632, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing* [ECF No. 17] (the "DIP Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Legacy Reserves Inc. (9553); Legacy Reserves GP, LLC (1065); Legacy Reserves LP (1069); Legacy Reserves Finance Corporation (1181); Legacy Reserves Services LLC (2710); Legacy Reserves Operating LP (7259); Legacy Reserves Energy Services LLC (1233); Legacy Reserves Operating GP LLC (7209); Dew Gathering LLC (4482); Pinnacle Gas Treating LLC (3711); Legacy Reserves Marketing LLC (7593). The location of the Debtors' service address is: 303 W. Wall St., Suite 1800, Midland, TX 79701.

**PLEASE TAKE FURTHER NOTICE** that a final hearing on the DIP Motion was originally scheduled for **July 9, 2019, at 2:15 p.m. (prevailing Central Time)**, before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, in Courtroom 404, 515 Rusk Street, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that the final hearing on the DIP Motion has been adjourned to **July 23, 2019 at 2:30 p.m. (prevailing Central Time)**.  The objection deadline to the DIP Motion has also been extended to **July 16, 2019 at 4:00 p.m. (prevailing Central Time)**.  In the event no objections to entry of a final order on the DIP Motion is timely received, the Court may enter such order without need for the hearing.  The final hearing and the objection deadline may be further continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

[*Remainder of page intentionally left blank*]

Dated: July 5, 2019
Houston, Texas

/s/ Maegan Quejada
SIDLEY AUSTIN LLP
Duston McFaul (24003309)
Charles M. Persons (24060413)
Michael Fishel (24082998)
Maegan Quejada (24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799

- and -

James F. Conlan
Bojan Guzina (admitted *pro hac vice*)
Andrew F. O'Neill (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Proposed Attorneys for the Debtors
and Debtors in Possession*