IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEGACY RESERVES INC., *et al.*,[1] | § § § | Case No. 19-33395 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR JULY 23, 2019, AT 2:30 P.M. (PREVAILING CENTRAL TIME),
BEFORE THE HONORABLE MARVIN ISGUR AT THE UNITED STATED
BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS,
AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

Legacy Reserves Inc. ("Legacy") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") file this agenda for matters set for hearing on July 23, 2019 at 2:30 p.m. (prevailing Central Time).

1. **Swap Motion.** Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363, and 364 Authorizing Debtors to (I) Enter Into Postpetition Swap Agreements and (II) Grant Liens and Superpriority Claims, and Honor Obligations Thereunder **[Dkt. No. 150]**

    **Status**: This matter is going forward.  No objections have been filed.  All informal or oral inquiries and objections have been resolved.

    **Related Documents:**

    A. **Norris Declaration.** Declaration of Robert L. Norris in Support of the Debtors' Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363, and 364 Authorizing Debtors to (I) Enter Into Postpetition Swap Agreements and (II) Grant Liens and Superpriority Claims, and Honor Obligations Thereunder **[Dkt. No. 150-2]**.

    B. **Notice of Reset Hearing.** Notice of Reset Hearing on Debtor's Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363, and 364

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Legacy Reserves Inc. (9553); Legacy Reserves GP, LLC (1065); Legacy Reserves LP (1069); Legacy Reserves Finance Corporation (1181); Legacy Reserves Services LLC (2710); Legacy Reserves Operating LP (7259); Legacy Reserves Energy Services LLC (1233); Legacy Reserves Operating GP LLC (7209); Dew Gathering LLC (4482); Pinnacle Gas Treating LLC (3711); Legacy Reserves Marketing LLC (7593).  The location of the Debtors' service address is:  303 W. Wall St., Suite 1800, Midland, TX 79701.

             Authorizing Debtors to (I) Enter Into Postpetition Swap Agreements and (II) Grant Liens and Superpriority Claims, and Honor Obligations Thereunder [**Dkt. No. 168**].

     C.   **Notice of Revised Proposed Order.** Notice of Filing Revised Proposed Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363, and 364 Authorizing Debtors to (I) Enter Into Postpetition Swap Agreements and (II) Grant Liens and Superpriority Claims, and Honor Obligations Thereunder **[Dkt. No. 212]**.

     D.   **Revised Proposed Order.** Order Pursuant to 11 U.S.C. §§ 105(a), 362, 363, and 364 Authorizing Debtors to (I) Enter Into Postpetition Swap Agreements and (II) Grant Liens and Superpriority Claims, and Honor Obligations Thereunder **[Dkt. No. 212-1]**.

2.   **DIP Financing Motion.** Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Existing RBL Secured Parties and the Existing Second Lien Secured Parties Pursuant to Sections 361, 632, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [**Dkt. No. 17**].

      **Status**: This matter is going forward. No objections have been filed. All informal or oral inquiries and objections have been resolved.

      **Related Documents:**

     A.   **Cofsky Declaration.** Declaration of Kevin M. Cofsky in Support of Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Existing RBL Secured Parties and the Existing Second Lien Secured Parties Pursuant to Sections 361, 632, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing [**Dkt. No. 18**].

     B.   **Interim DIP Order.** Interim Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Existing RBL Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing **[Dkt. No. 86]**

    C.    **Notice of Proposed Final Order.**  Amended Notice of Proposed Final Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Existing RBL Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, and (V) Modifying the Automatic Stay **[Dkt. 252]**

    D.    **Proposed Final Order.**  Final Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing the Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Adequate Protection to the Existing RBL Secured Parties Pursuant to Sections 361, 362, 363, and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, and (V) Modifying the Automatic Stay **[Dkt. 252-1]**

[*Remainder of page intentionally left blank*]

<table>
<tr><td>Dated: July 22, 2019<br>Houston, Texas</td><td>Respectfully Submitted,<br><br>/s/ Maegan Quejada<br>SIDLEY AUSTIN LLP<br>Duston McFaul (24003309)<br>Charles M. Persons (24060413)<br>Michael Fishel (24082998)<br>Maegan Quejada (24105999)<br>1000 Louisiana Street, Suite 5900<br>Houston, Texas 77002<br>Telephone:  (713) 495-4500<br>Facsimile:  (713) 495-7799<br><br>- and -<br><br>James F. Conlan<br>Bojan Guzina (admitted *pro hac vice*)<br>Andrew F. O'Neill (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Facsimile:  (312) 853-7036<br><br>*Proposed Attorneys for the Debtors*<br>*and Debtors in Possession*</td></tr>
</table>