IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **LEGACY RESERVES INC.**[1] | § | **Case No. 19-33395 (MI)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |
| | § | Disclosure Statement Hearing Date: Sep. 10, 2019 10:00 a.m. CT |
| | § | Objection Deadline: Sep. 3, 2019 |

### *AMENDED* NOTICE OF (I) DISCLOSURE STATEMENT HEARING AND (II) DEADLINE FOR FILING OBJECTIONS TO <u>APPROVAL OF THE DISCLOSURE STATEMENT MOTION</u>
**(Related Dkt. Nos. 342, 343, 344, 345)**

**PLEASE TAKE NOTICE** that, on August 2, 2019, Legacy Reserves Inc. ("Legacy") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization for Legacy Reserves Inc. and Its Debtor Affiliates* [ECF No. 342] (as may be amended, supplemented, or modified from time to time, the "<u>Plan</u>") and the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization for Legacy Reserves Inc. and Its Debtor Affiliates* [ECF No. 343] (as may be modified, amended, or supplemented from time to time, the "<u>Disclosure Statement</u>").

**PLEASE TAKE FURTHER NOTICE** that, on August 2, 2019, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Proposed Joint Chapter 11 Plan of Reorganization For Legacy Reserves Inc. and its Debtor Affiliates, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Approving the Rights Offering Materials, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief* [ECF No. 344] (the "<u>Disclosure Statement Motion</u>").

**PLEASE TAKE FURTHER NOTICE** that a hearing at which the Court will consider approval of the Disclosure Statement and the other relief requested in the Disclosure Statement Motion will commence on **September 10, 2019 at 10:00 a.m. prevailing Central Time** (the "<u>Disclosure Statement Hearing</u>") before the Honorable Marvin Isgur, United States Bankruptcy Judge, in Courtroom 404, Fourth Floor, United States Bankruptcy Court for the Southern District

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Legacy Reserves Inc. (9553); Legacy Reserves GP, LLC (1065); Legacy Reserves LP (1069); Legacy Reserves Finance Corporation (1181); Legacy Reserves Services LLC (2710); Legacy Reserves Operating LP (7259); Legacy Reserves Energy Services LLC (1233); Legacy Reserves Operating GP LLC (7209); Dew Gathering LLC (4482); Pinnacle Gas Treating LLC (3711); Legacy Reserves Marketing LLC (7593). The location of the Debtors' service address is: 303 W. Wall St, Suite 1800, Midland, TX 79701.

of Texas, 515 Rusk Avenue, Houston, Texas 77002.  The Disclosure Statement Hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that any objection or response of a party regarding the approval of the Disclosure Statement must be filed with the Court on or before **September 3, 2018** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Plan, Disclosure Statement, Disclosure Statement Motion, or related documents, you should contact Kurtzman Carson Consultants LLC, the Debtors' Voting and Solicitation Agent, by: (a) calling (866) 967-0495 within the United States or Canada, or +1 (310) 751-2695 if outside of the United States or Canada; (b) emailing legacyreservesinfo@kccllc.com; (c) writing to Legacy Reserves Ballot Processing Center, c/o KCC, 222 N. Pacific Coast Highway, Suite 300, El Segundo, CA 90245; or (d) visiting the Debtors' restructuring website at https://www.kccllc.net/legacyreserves. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.txs.uscourts.gov.  Please be advised that the Voting and Solicitation Agent is authorized to answer any questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

**PLEASE TAKE FURTHER NOTICE** that if any party fails to respond on or before the Objection Deadline, the Court may approve the Disclosure Statement as adequate without further notice or hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: August 2, 2019
Houston, Texas

/s/ Duston McFaul

SIDLEY AUSTIN LLP
Duston McFaul (24003309)
Charles M. Persons (24060413)
Michael Fishel (24082998)
Maegan Quejada (24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone: (713) 495-4500
Facsimile: (713) 495-7799

- and -

James F. Conlan
Bojan Guzina
Andrew F. O'Neill
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

*Attorneys for the Debtors
and Debtors in Possession*