IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Case Name: Legacy Reserves, Inc., et al.
Case Number: 19-33395 (MI) (Jointly Administered)
Petition Date: June 18, 2019

Monthly Operating Report Summary for the Period Ending

| Monthly Period (USD $ thousands) | 6/18 - 6/30 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|
| Revenues (MOR-6) | $ 12,505 | $ 34,462 | $ - | $ - | $ - | $ - | $ - |
| Operating Income (MOR-6) | (5,529) | 281 | - | - | - | - | - |
| Net Income (Loss) (MOR-6) | (11,839) | (15,827) | - | - | - | - | - |
| Payments to Insiders (MOR-9) | 94 | 161 | - | - | - | - | - |
| Payments to Professionals (MOR-9) | - | 1,101 | - | - | - | - | - |
| Total Disbursements (Exhibit A) | 58,587 | 38,417 | - | - | - | - | - |

**The jointly administered Debtors are authorized to file monthly operating reports on a combined basis, and have disbursements broken down by case number on Exhibit A attached**
**The original of this document must be filed with the United States Bankruptcy Court**

**Required Insurance Maintained**
**As of Signature Date**

| | | Exp. Date |
|---|---|---|
| Excess Liability | Yes (X) No ( ) | Sep-19 |
| Worker's Compensation | Yes (X) No ( ) | Jun-20 |
| General Liability | Yes (X) No ( ) | Jun-20 |
| Auto Liability | Yes (X) No ( ) | Jun-20 |
| Other | Yes (X) No ( ) | Jun-20 / Sep-19 |

Circle One

Are all accounts receivable being collected within terms? **Yes** No
Are all post-petition liabilities, including taxes, being paid within terms? **Yes** No
Have any pre-petition liabilities been paid? **Yes** No
If so, describe   Disbursements were made pursuant to various "first day" orders [Dkt. Nos. 73, 74, 79, 80, 81, 82], including Taxes, Insurance, Cash Management, Employee Wages & Benefits, Interest Owners, and Lien Claims.
Are all funds received being deposited into DIP bank accounts? **Yes** No
Were any assets disposed of outside the normal course of business? Yes **No**
If so, describe   N/A
What is the status of your Plan of Reorganization?
Filed in the Southern District of Texas on August 18, 2019.

| Attorney Name: | Duston McFaul |
| Firm Name: | Sidley Austin LLP |
| Address: | 1000 Louisiana Street |
| | Suite 5900 |
| City, State, ZIP: | Houston, TX, 77002 |
| Telephone/Fax: | (713) 495-4500 |

I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.

SIGNED X  *[signature]*
(Original Signature)

Micah Foster
(Print Name of Signatory)

Title: Chief Accounting Officer

8/29/19
Date

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| Case Name: | Legacy Reserves, Inc., et al. | Petition Date: | June 18, 2019 |
| Case Number: | 19-33395 (MI) (Jointly Administered) | | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND
DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

On 6/18/19 (the "Petition Date"), Legacy Reserves Inc. and certain of its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"), each commenced with the United States Bankruptcy Court for the Southern District of Texas (the "Court") a voluntary case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On 6/19/19, the Bankruptcy Court entered an order authorizing the joint administration of these cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

1. **General Methodology:** The Debtors are filing this monthly operating report (the "MOR") solely for purposes of complying with the monthly operating requirements of the Debtors' chapter 11 cases. The financial information contained herein is unaudited, limited in scope, and as such, has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The MOR should not be relied on by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR.

2. **Basis of Presentation:** For financial reporting purposes, the Debtors prepare consolidated financial statements, which include information for Legacy Reserves, Inc., and its Debtor and non-debtor subsidiaries. This MOR only contains financial information of the Debtors. For the purposes of MOR reporting, the accompanying Balance Sheets and Statement of Income (Loss) of the Debtors have been prepared on a condensed combined basis. The Debtors are maintaining their books and records in accordance with U.S. GAAP and the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR. The financial statements presented herein reflect the book values of the Debtor Entities of Legacy Reserves, Inc., and, as a result, do not reflect the going concern valuation of the Debtors. The Company is not liable for and undertakes no responsibility to indicate variations from securities laws or for any evaluations of the Company based on this financial information or any other information.

3. **Reporting Period:** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: Legacy Reserves, Inc., et al.   Petition Date: June 18, 2019
Case Number: 19-33395 (MI) (Jointly Administered)

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND**
**DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

4. **Accuracy:** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

5. **Payment of Prepetition Claims Pursuant to First Day Orders**: On 6/20/19, the Bankruptcy Court entered orders (the "First Day Orders", respectively) authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) taxes and assessments, (b) insurance and surety obligations, (c) liabilities related to use of the Debtors' cash collateral, and continued use of their cash management system, (d) employee wages, salaries, and related items, (e) obligations relating to interest owners, and (f) liabilities relating to lien claimants. If any payments were made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in this MOR unless otherwise noted.

6. **Liabilities Subject to Compromise ("LSTC"):** LSTC represent the Debtors' estimate of pre-petition claims to be resolved in connection with the chapter 11 cases. As a result of the chapter 11 filings, the payment of pre-petition liabilities are subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan or reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Pre-petition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

7. **Reorganization Items:** ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items primarily include write-off of certain original issue discount and fees relating to debt obligations classified as LSTC, expenses related to legal advisory and representation services, other professional consulting and advisory services, and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 proceedings, including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of Title 11 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

8. **Intercompany Transactions and Balance:** Prior to the Petition Date (and subsequent to the Petition Date but only pursuant to Bankruptcy Court approval), the Debtors routinely engaged (and continue to engage) in intercompany transactions with both Debtor and non-debtor affiliates. Intercompany transactions among the Debtors have been eliminated in the statement of cash flows, and have not been eliminated in the balance sheet and income statement contained herein, as these eliminations are only performed in consolidation.

9. **Investments in Subsidiaries:** The book basis for investments in subsidiaries are not representative of the fair value or net assets of Debtor and non-debtor subsidiaries. As such, these balances are reflected in the Balance Sheets as a component of Equity.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| Case Name: | Legacy Reserves, Inc., et al. | Petition Date: | June 18, 2019 |
| Case Number: | 19-33395 (MI) (Jointly Administered) | | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND**
**DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

10. **Insiders:** For purposes of this MOR, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non-Debtor affiliates of the foregoing. Moreover, the Debtors do not take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

11. **Reservation of Rights:** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | Legacy Reserves, Inc., et al. | Petition Date: | June 18, 2019 |
| Case Number: | 19-33395 (MI) (Jointly Administered) | | |

**Comparative Balance Sheets**

| Assets ($ in 000s) | 30-Jun-19 | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Current Assets | | | | | | | |
|   Cash and Cash Equivalents | $ 1,110 | $ 8,238 | $ - | $ - | $ - | $ - | $ - |
|   Accounts Receivable, net | | | | | | | |
|     Oil and Natural Gas | 50,750 | 50,771 | - | - | - | - | - |
|     Joint Interest Owners | 13,375 | 12,989 | - | - | - | - | - |
|     Other | 301 | (12) | - | - | - | - | - |
|   Fair Value of Derivatives | - | - | - | - | - | - | - |
|   Prepaid Expenses and Other Current Assets | 15,640 | 15,336 | - | - | - | - | - |
| **Total Current Assets** | **$ 81,176** | **$ 87,322** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| | | | | | | | |
| Oil and Natural Gas Properties | | | | | | | |
|   Proved Oil and Natural Gas Properties | 3,517,153 | 3,521,251 | - | - | - | - | - |
|   Unproved Properties | 19,824 | 19,913 | - | - | - | - | - |
|   Accumulated Depletion, Depreciation and Amortization | (2,261,453) | (2,273,989) | - | - | - | - | - |
| **Total Oil and Natural Gas Properties, net** | **$ 1,275,524** | **$ 1,267,175** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| | | | | | | | |
| Other Property and Equipment, net | 6,918 | 6,681 | - | - | - | - | - |
| Deposits on Pending Acquisitions | - | - | - | - | - | - | - |
| Operating Rights, net | 719 | 690 | - | - | - | - | - |
| Fair Value of Derivatives | - | - | - | - | - | - | - |
| Other Assets | 1,373 | 1,184 | - | - | - | - | - |
| Investment in Equity Method Investee | (13) | (14) | - | - | - | - | - |
| **Total Assets** | **$ 1,365,696** | **$ 1,363,039** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | Legacy Reserves, Inc., et al. | Petition Date: | June 18, 2019 |
| --- | --- | --- | --- |
| Case Number: | 19-33395 (MI) (Jointly Administered) | | |

**Comparative Balance Sheets**

| Liabilities and Equity ($ in 000s) | 30-Jun-19 | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 |
| --- | ---: | ---: | ---: | ---: | ---: | ---: | ---: |
| Current Liabilities: | | | | | | | |
|    Current Debt | $ 569,677 | $ 563,000 | $ - | $ - | $ - | $ - | $ - |
|    Accounts Payable | 2,696 | 2,315 | - | - | - | - | - |
|    Accrued Oil and Natural Gas Liabilities | 58,790 | 59,559 | - | - | - | - | - |
|    Fair Value of Derivatives | - | 3,257 | - | - | - | - | - |
|    Asset Retirement Obligation | 3,938 | 3,938 | - | - | - | - | - |
|    Other | 8,538 | 21,889 | - | - | - | - | - |
| **Total Current Liabilities** | **$ 643,639** | **$ 653,959** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| Liabilities Subject to Compromise | 787,204 | 788,632 | - | - | - | - | - |
| Asset Retirement Obligation | 253,197 | 253,978 | - | - | - | - | - |
| Fair Value of Derivatives | - | - | - | - | - | - | - |
| Other Long-Term Liabilities | 3,190 | 2,441 | - | - | - | - | - |
| **Total Liabilities** | **$ 1,687,230** | **$ 1,699,010** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
|    Common Stock at Par | 1,148 | 1,148 | - | - | - | - | - |
|    APIC | 36,687 | 38,076 | - | - | - | - | - |
|    Accumulated Deficit | (359,368) | (375,195) | - | - | - | - | - |
|    Total Stockholders' Equity | $ (321,533) | $ (335,971) | $ - | $ - | $ - | $ - | $ - |
| **Total Liabilities and Equity** | **$ 1,365,696** | **$ 1,363,039** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | Legacy Reserves, Inc., et al. | Petition Date: | June 18, 2019 |
|---|---|---|---|
| Case Number: | 19-33395 (MI) (Jointly Administered) | | |

**Schedule of Post-Petition Liabilities** [1]

| Post-Petition Liabilities ($ in 000s) | 30-Jun-19 | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 |
|---|---|---|---|---|---|---|---|
| Trade Accounts Payable | $ 2,696 | $ 2,315 | $ - | $ - | $ - | $ - | $ - |
| Post-Petition Debt [2] | 94,177 | 250,000 | - | - | - | - | - |
| Accrued Oil and Natural Gas Liabilities: | | | | | | | |
| Accrued Capital Expenditures | 9,184 | 10,977 | - | - | - | - | - |
| Accrued Lease Operating Expense | 19,726 | 18,821 | - | - | - | - | - |
| Revenue Payable to Joint Interest Owners | 18,050 | 17,419 | - | - | - | - | - |
| Accrued Ad Valorem Tax | 7,363 | 8,106 | - | - | - | - | - |
| Other Accrued Liabilities | 4,467 | 4,236 | - | - | - | - | - |
| **Total Accrued Oil and Natural Gas Liabilities** | **$ 58,790** | **$ 59,559** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| Other Current Liabilities: | | | | | | | |
| Accrued Interest Payable | 730 | 5,043 | - | - | - | - | - |
| Accrued Professional Fees | 1,960 | 9,704 | - | - | - | - | - |
| Other Current Liabilities | 5,847 | 7,141 | - | - | - | - | - |
| **Total Other Current Liabilities** | **$ 8,538** | **$ 21,889** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |
| **Total Post-Petition Liabilities** | **$ 164,201** | **$ 333,763** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

**Notes:**
(1) The Company's accounting system captures liabilities payable pursuant to First Day Motion relief as post-petition liabilities
(2) Includes rollup, of $87.5MM as of June 30th and $250MM as of July 31st, as well as DIP Drawn amounts

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| Case Name: | Legacy Reserves, Inc., et al. | Petition Date: | June 18, 2019 |
| Case Number: | 19-33395 (MI) (Jointly Administered) | | |

### Aging of Post-Petition Liabilities and Aging of Accounts Receivable [1]

**($ in 000s)**

**Aging of Post-Petition Liabilities as of July 31, 2019**

| Days | Total | Trade Accts | Accrued Oil and Natural Gas Liabilities: | Other Current Liabilities: | Other Trade: [2] |
|---|---|---|---|---|---|
| Current | $ 83,763 | $ 2,478 | $ 59,559 | $21,889 | $ (163) |
| 0-30 | 0 | 0 | - | - | - |
| 31-60 | - | - | - | - | - |
| 61-90 | - | - | - | - | - |
| 91+ | - | - | - | - | - |
| **Total** | **$ 83,763** | **$ 2,478** | **$ 59,559** | **$ 21,889** | **$ (163)** |

**Aging of Accounts Receivable as of July 31, 2019**

| Days | Total | Oil and Natural Gas | Joint Interest Owners | Other |
|---|---|---|---|---|
| Current | $ 58,550 | $ 50,771 | $ 7,790 | $ (12) |
| 0-30 | 1,593 | - | 1,593 | - |
| 31-60 | 2,520 | - | 2,520 | - |
| 61-90 | 266 | - | 266 | - |
| 91+ | 819 | - | 819 | - |
| **Total** | **$ 63,748** | **$ 50,771** | **$ 12,989** | **$ (12)** |

**Notes:**
(1) The Company's accounting system captures liabilities payable pursuant to First Day Motion relief as post-petition liabilities
(2) Included as a reconciling item between Trade Accts detail and Trial Balance Accounts Payable; timing of data being available results in discrepancies between totals

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | Legacy Reserves, Inc., et al. | | Petition Date: | June 18, 2019 |
|---|---|---|---|---|
| Case Number: | 19-33395 (MI) (Jointly Administered) | | | |

**Statement of Income (Loss) for the Period Ending**

| Profit and Loss ($ in 000s) | 6/18 - 6/30 | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 |
|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | |
| Oil Sales | $ 9,307 | $ 26,090 | $ - | $ - | $ - | $ - | $ - |
| Natural Gas Liquid Sales | 461 | 812 | - | - | - | - | - |
| Natural Gas Sales | 2,737 | 7,560 | - | - | - | - | - |
| **Total Revenues** | $ 12,505 | $ 34,462 | $ - | $ - | $ - | $ - | $ - |
| **Expenses** | | | | | | | |
| Oil and Gas Production | 5,934 | 13,943 | - | - | - | - | - |
| Production and Other Taxes | 699 | 1,928 | - | - | - | - | - |
| General and Administrative | 5,337 | 4,396 | - | - | - | - | - |
| Depletion, Depreciation and Accretion | 5,442 | 13,697 | - | - | - | - | - |
| Impairment of Long-Lived Assets | 573 | - | - | - | - | - | - |
| (Gain) Loss on Sale of Assets | 48 | 217 | - | - | - | - | - |
| **Total Expenses** | $ 18,034 | $ 34,180 | $ - | $ - | $ - | $ - | $ - |
| **Operating Income** | $ (5,529) | $ 281 | $ - | $ - | $ - | $ - | $ - |
| **Other Income (Expense):** | | | | | | | |
| Interest Income (Expense) | 3 | 6 | - | - | - | - | - |
| Interest Expense | (4,345) | (4,347) | - | - | - | - | - |
| Income (Loss) in Equity Method Investee | 0 | (1) | - | - | - | - | - |
| Unrealized Loss on Oil and Gas Swaps | - | (3,257) | - | - | - | - | - |
| Reorganization Items | (1,960) | (8,652) | - | - | - | - | - |
| Other | (13) | 145 | - | - | - | - | - |
| **Income before Income Taxes** | $ (11,845) | $ (15,826) | $ - | $ - | $ - | $ - | $ - |
| Income Taxes Gain/(Loss) | 6 | (1) | - | - | - | - | - |
| **Net Income (Loss)** | $ (11,839) | $ (15,827) | $ - | $ - | $ - | $ - | $ - |

**Notes:**
June stub-period financials have been pro-rated for the post-petition period, except for Reorganization Items which are all attributable to the post-petition period

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | Legacy Reserves, Inc., et al. | Petition Date: | June 18, 2019 |
|---|---|---|---|
| Case Number: | 19-33395 (MI) (Jointly Administered) | | |

**Cash Receipts and Disbursements for the Period Ending**

| Book Cash Receipts and Disbursements ($ in 000s) | 6/18 - 6/30 | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 |
|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | |
| Receipts | $ 46,996 | $ 51,623 | $ - | $ - | $ - | $ - | $ - |
| **Total Receipts** | $ 46,996 | $ 51,623 | $ - | $ - | $ - | $ - | $ - |
| **Operating Disbursements** | | | | | | | |
| Payroll & Benefits | $ 1,524 | $ 3,710 | $ - | $ - | $ - | $ - | $ - |
| Employee Incentive Payments / Retention | - | - | - | - | - | - | - |
| LOE / CapEx / JIB Payables | 31,664 | 15,933 | - | - | - | - | - |
| Taxes | 2,265 | 2,413 | - | - | - | - | - |
| G&A and Other | 650 | 1,534 | - | - | - | - | - |
| Revenue Distribution | 15,239 | 13,156 | - | - | - | - | - |
| **Disbursements (Excl. Rest. Exp. / Interest)** | $ 51,342 | $ 36,747 | $ - | $ - | $ - | $ - | $ - |
| **Operating Cash Flow** | $ (4,347) | $ 14,876 | $ - | $ - | $ - | $ - | $ - |
| Restructuring Expenses / Interest | | | | | | | |
| Professional Fees | - | 1,101 | - | - | - | - | - |
| One Time Items | 2,399 | 569 | - | - | - | - | - |
| Interest | 4,846 | - | - | - | - | - | - |
| **Restructuring Expenses / Interest** | $ 7,245 | $ 1,671 | $ - | $ - | $ - | $ - | $ - |
| **Net Cash Flow** | $ (11,592) | $ 13,206 | $ - | $ - | $ - | $ - | $ - |
| **Cash and Borrowings** | | | | | | | |
| Beginning Book Cash Balance | $ 5,455 | $ 540 | $ - | $ - | $ - | $ - | $ - |
| ( +/- ) Net Cash Flow | (11,592) | 13,206 | - | - | - | - | - |
| ( +/- ) DIP Draw / (Paydown) | 6,677 | (6,677) | - | - | - | - | - |
| ( +/- ) Voids / Reversals / Other | (1) | 203 | - | - | - | - | - |
| Ending Book Cash Balance (1) | $ 540 | $ 7,271 | $ - | $ - | $ - | $ - | $ - |
| Beginning DIP Balance | $ - | $ 6,677 | $ - | $ - | $ - | $ - | $ - |
| ( +/- ) DIP Draw / (Paydown) | 6,677 | (6,677) | - | - | - | - | - |
| Ending DIP Facility Balance | $ 6,677 | $ - | $ - | $ - | $ - | $ - | $ - |
| **DIP Availability** | 28,323 | 100,000 | - | - | - | - | - |

**Notes:**
1) Ending cash balance on MOR-7 differs from ending cash balances on MOR-2 due to month end accounting reconciliation related to ACH returns, voided checks, and restricted cash classification

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| Case Name: | Legacy Reserves, Inc., et al. | Petition Date: | June 18, 2019 |
| Case Number: | 19-33395 (MI) (Jointly Administered) | | |

**Bank Account Reconciliation & Cash Disbursements Journal**

($ in 000s)

**Bank Account Balances as of July 31, 2019**

| Debtor Entity | Bank Name | Account Type | Account # (Last 4 Digits) | Ending Book Balance (1) | |
|---|---|---|---|---|---|
| Legacy Reserves Operating LP | Wells Fargo | Operating Account | (x1724) | $ 9,786 | |
| Legacy Reserves Marketing LLC | Wells Fargo | Special Disbursement Account | (x4534) | (1) | |
| Legacy Reserves Inc | Wells Fargo | Special Disbursement Account | (x8296) | (11) | |
| Legacy Reserves LP | Wells Fargo | Loan Proceeds Depository Account | (x7606) | - | |
| Legacy Reserves Energy Services LLC | Wells Fargo | Special Disbursement Account | (x7614) | (5) | |
| Legacy Reserves Services LLC | Wells Fargo | Special Disbursement Account | (x7622) | (17) | |
| Legacy Reserves GP LLC | Wells Fargo | Miscellaneous Account | (x7630) | - | |
| Legacy Reserves Operating GP LLC | Wells Fargo | Miscellaneous Account | (x7648) | - | |
| Pinnacle Gas Treating LLC | Wells Fargo | Special Disbursement Account | (x7655) | (37) | |
| Dew Gathering LLC | Wells Fargo | Special Disbursement Account | (x7663) | (23) | |
| Legacy Reserves Operating LP | Wells Fargo | Control Disbursement Account | (x8535) | (2,421) | |
| **Subtotal** | | | | **$ 7,271** | |
| Legacy Reserves Inc | Wells Fargo | Miscellaneous Account | (x8083) | 803 | Restricted cash account |
| Legacy Reserves Operating LP | Jonah Bank of Wyoming | Wyoming Escheat Account | (x5010) | 10 | Restricted cash account |
| Legacy Reserves Operating LP | Wells Fargo | Adequate Assurance Account | (x6261) | 1,093 | Restricted cash account |
| **Total** | | | | **$ 9,176** | |

**Notes:**
1) Ending cash balance on MOR-8 differs from ending cash balances on MOR-2 due to month end accounting reconciliation related to ACH returns, voided checks, and restricted cash classification

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: Legacy Reserves, Inc., et al.  
Case Number: 19-33395 (MI) (Jointly Administered)  
Petition Date: June 18, 2019

**Total Disbursements by Debtor Entity for the Period Ending**

## Total Disbursements By Debtor Entity

| Debtor Case # | Legal Entity Name | 6/18 - 6/30 | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 |
|---|---|---:|---:|---:|---:|
| 19-33395 | Legacy Reserves Inc. | $ 9,785 | $ 836,578 | $ - | $ - |
| 19-33396 | Legacy Reserves GP, LLC | - | - | - | - |
| 19-33397 | Legacy Reserves LP | 6,721,261 | - | - | - |
| 19-33398 | Legacy Reserves Finance Corporation | - | - | - | - |
| 19-33400 | Legacy Reserves Services LLC | 1,544,742 | 3,750,415 | - | - |
| 19-33401 | Legacy Reserves Operating LP | 49,392,665 | 33,208,768 | - | - |
| 19-33402 | Legacy Reserves Energy Services LLC | 133,177 | 149,538 | - | - |
| 19-33403 | Legacy Reserves Operating GP LLC | - | - | - | - |
| 19-33405 | Dew Gathering LLC | 332,672 | 198,405 | - | - |
| 19-33394 | Pinnacle Gas Treating LLC | 399,509 | 194,259 | - | - |
| 19-33406 | Legacy Reserves Marketing LLC | 53,394 | 79,379 | - | - |
| | **Total Disbursements** | **$ 58,587,206** | **$ 38,417,342** | **$ -** | **$ -** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: Legacy Reserves, Inc., et al.  Petition Date: June 18, 2019
Case Number: 19-33395 (MI) (Jointly Administered)

**Payments to Insiders and Professionals for the Period Ending**

| Payments to Insiders & Professionals ($ in 000s) | 6/18 - 6/30 | 31-Jul-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 |
|---|---|---|---|---|---|---|---|
| **Payments to Insiders** | | | | | | | |
| Cary D. Brown | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Cory J. Elliott | 8 | 20 | - | - | - | - | - |
| Albert E. Ferrara, III | 9 | 26 | - | - | - | - | - |
| Micah C. Foster | 8 | 16 | - | - | - | - | - |
| William R. Granberry | - | - | - | - | - | - | - |
| Kyle M. Hammond | 16 | 31 | - | - | - | - | - |
| Paul T. Horne | 1 | - | - | - | - | - | - |
| G. Larry Lawrence | - | - | - | - | - | - | - |
| Robert L. Norris | 23 | 24 | - | - | - | - | - |
| Kyle D. Vann | 1 | - | - | - | - | - | - |
| James Daniel Westcott | 27 | 44 | - | - | - | - | - |
| Douglas W. York | - | - | - | - | - | - | - |
| **Total Payments to Insiders** | $ 94 | $ 161 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| **Payments to Professionals** [1] | | | | | | | |
| Alvarez and Marsal, LLC | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Arnold & Porter Kaye Scholer LLP | - | 67 | - | - | - | - | - |
| Brown Rudnick, LLP | - | - | - | - | - | - | - |
| Davis Polk & Wardwell LLP | - | - | - | - | - | - | - |
| FTI Consulting, Inc. | - | - | - | - | - | - | - |
| Houlihan Lokey | - | 150 | - | - | - | - | - |
| Kurtzman Carson Consultants LLC | - | - | - | - | - | - | - |
| Latham & Watkins LLP | - | - | - | - | - | - | - |
| Miller, Buckfire, & Co. LLC | - | - | - | - | - | - | - |
| Orrick, Herrington & Sutcliffe LLP | - | 275 | - | - | - | - | - |
| Perella Weinberg Partners | - | - | - | - | - | - | - |
| Pillsbury Winthrop Shaw Pittman LLP | - | - | - | - | - | - | - |
| PJT Partners LP | - | 150 | - | - | - | - | - |
| Porter Hedges LLP | - | - | - | - | - | - | - |
| Rapp and Krock PC | - | - | - | - | - | - | - |
| RPA Advisors, LLC | - | 114 | - | - | - | - | - |
| Sidley Austin LLP | - | - | - | - | - | - | - |
| U.S. Trustee | - | 345 | - | - | - | - | - |
| **Total Payments to Professionals** [1] | $ - | $ 1,101 | $ - | $ - | $ - | $ - | $ - |

**Notes:**
(1) Payments to ordinary course professionals are not included in MOR-9.