# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LEGACY RESERVES, INC., *et al.* [1] | § | Case No. 19-33395 (MI) |
| | § | |
| Debtors. | § | Chapter 11 (Jointly Administered) |
| | § | |

## NOTICE OF STATUS AND SCHEDULING CONFERENCE
**(Related Doc. No. 429)**

PLEASE TAKE NOTICE that a Status and Scheduling Conference on the Expedited Motion to Appoint an Official Committee of Equity Security Holders in the above cause is set on the Court's hearing docket on **September 10, 2019 at 10:00 a.m.** before the Honorable Marvin Isgur, United States Bankruptcy Judge, in Courtroom 404, Fourth Floor, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002. Dated this 9th day of September, 2019

**POLSINELLI PC**

By: */s/ Trey A Monsour*
TREY A. MONSOUR
Texas State Bar No. 14277200
1000 Louisiana Street
Fifty-Third Floor
Houston, Texas 77002
tmonsour@polsinelli.com

- and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Legacy Reserves Inc. (9553); Legacy Reserves GP, LLC (1065); Legacy Reserves LP (1069); Legacy Reserves Finance Corporation (1181); Legacy Reserves Services LLC (2710); Legacy Reserves Operating LP (7259); Legacy Reserves Energy Services LLC (1233); Legacy Reserves Operating GP LLC (7209); Dew Gathering LLC (4482); Pinnacle Gas Treating LLC (3711); Legacy Reserves Marketing LLC (7593). The location of the Debtors' service address is: 303 W. Wall St., Suite 1800, Midland, TX 79701.

70348967.1

2

        Randye B. Soref
        Tanya Behnam
        POLSINELLI, LLP
        2049 Centuyry Park East, Suite 2900
        Los Angeles, CA 90067
        Telephone: (310) 556-1801
        Facsimile No. (310) 556-1802
        rsoref@polsinelli.com
        tbehnam@polsinelli.com

        **COUNSEL FOR THE PROPOSED COMMITTEE OF EQUITY SECURITY HOLDERS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date signified by the notice of Electronic Filing herein, a true and correct copy of the foregoing Notice of Status and Scheduling Conference was served electronically on participants in the CM/ECF system on September 9, 2019.

*/s/ Trey A. Monsour*
TREY A. MONSOUR