IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>LEGACY RESERVES INC., *et al.*,[1]<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 19-33395 (MI)<br>§<br>§ (Jointly Administered)<br>§ |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is scheduled for Thursday, November 21, 2019 at 9:00 a.m. (Central Time) before the Honorable Marvin Isgur, 515 Rusk, Courtroom 404, Houston, Texas 77002 to consider the *Motion for Leave, Standing, and Authority to Prosecute Causes of Action on Behalf of the Debtors' Estates* (docket no. 527), filed by the Official Committee of Unsecured Creditors, and the Court's *Order to Supplement* (docket no. 626).

Dated: October 18, 2019
       Houston, Texas

                                          Respectfully submitted,
                                          By: */s/ Hugh M. Ray, III*

                                          **PILLSBURY WINTHROP SHAW
                                          PITTMAN LLP**
                                          Hugh M. Ray, III (State Bar No. 24004246)
                                          Two Houston Center
                                          909 Fannin, Suite 2000
                                          Houston, TX 77010-1028
                                          Telephone: (713) 276-7600
                                          Email: hugh.ray@pillsburylaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Legacy Reserves Inc. (9553); Legacy Reserves GP, LLC (1065); Legacy Reserves LP (1069); Legacy Reserves Finance Corporation (1181); Legacy Reserves Services LLC (2710); Legacy Reserves Operating LP (7259); Legacy Reserves Energy Services LLC (1233); Legacy Reserves Operating GP LLC (7209); Dew Gathering LLC (4482); Pinnacle Gas Treating LLC (3711); Legacy Reserves Marketing LLC (7593). The location of the Debtors' service address is: 303 W. Wall St., Suite 1800, Midland, TX 79701.

- and -

**BROWN RUDNICK LLP**
Robert J. Stark (admitted *pro hac vice*)
Bennett S. Silverberg (admitted *pro hac vice*)
Andrew M. Carty (admitted *pro hac vice*)
Uchechi Egeonuigwe (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: 212-209-4800
Email:  rstark@brownrudnick.com
bsilverberg@brownrudnick.com
acarty@brownrudnick.com
uegeonuigwe@brownrudnick.com

-and -

Jeffrey L. Jonas (admitted *pro hac vice*)
James Stoll (*pro hac vice* pending)
One Financial Center
Boston, MA 02111
Telephone: 617-856-8200
Email:   jjonas@brownrudnick.com
Email:   jstoll@brownrudnick.com

*Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

    I hereby certify that, on October 18, 2019, a true and correct copy of the foregoing was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service and by KCC, the estates' noticing agent.

    */s/ Hugh M Ray, III*
    Hugh. M. Ray, III