IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| LEGACY RESERVES INC., *et al* | § | CASE NO: 19-33395 |
| | § | |
| PINNACLE GAS TREATING LLC | § | CASE NO: 19-33394 |
| | § | |
| LEGACY RESERVES GP, LLC | § | CASE NO: 19-33396 |
| | § | |
| LEGACY RESERVES LP | § | CASE NO: 19-33397 |
| | § | |
| LEGACY RESERVES FINANCE CORPORATION | § | CASE NO: 19-33398 |
| | § | |
| LEGACY RESERVES SERVICES LLC; fka LEGACY RESERVES SERVICES, INC. | § | CASE NO: 19-33400 |
| | § | |
| LEGACY RESERVES OPERATING LP | § | CASE NO: 19-33401 |
| | § | |
| LEGACY RESERVES ENERGY SERVICES LLC | § | CASE NO: 19-33402 |
| | § | |
| LEGACY RESERVES OPERATING GP LLC | § | CASE NO: 19-33403 |
| | § | |
| DEW GATHERING LLC | § | CASE NO: 19-33405 |
| | § | |
| LEGACY RESERVES MARKETING LLC | § | CASE NO: 19-33406 |
| | § | Jointly Administered Order |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER ON CONFIRMATION HEARING

Judge Lopez has generously agreed to handle Judge Isgur's Friday morning panel obligation in Austin. His generosity will allow the confirmation hearing in this case to recommence at 9:30 a.m. on Friday, November 15, 2019.

The Court apologizes for any inconvenience that may be caused by this change.

If counsel or witnesses are unable to begin at 9:30, the Court requests that Ms. Do be informed at the earliest possible time. Counsel is also requested to confirm to Ms. Do their availability for the hearing. Absent an unavoidable conflict, the hearing will commence at 9:30 a.m. on November 15, 2019 at the United States Courthouse in Houston, Texas.

SIGNED **November 14, 2019.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE