

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/15/2019

| | | |
|---|---|---|
| IN RE: | § | |
| LEGACY RESERVES INC., *et al* | § | CASE NO: 19-33395 |
| | § | |
| PINNACLE GAS TREATING LLC | § | CASE NO: 19-33394 |
| | § | |
| LEGACY RESERVES GP, LLC | § | CASE NO: 19-33396 |
| | § | |
| LEGACY RESERVES LP | § | CASE NO: 19-33397 |
| | § | |
| LEGACY RESERVES FINANCE CORPORATION | § | CASE NO: 19-33398 |
| | § | |
| LEGACY RESERVES SERVICES LLC; fka LEGACY RESERVES SERVICES, INC. | § | CASE NO: 19-33400 |
| | § | |
| LEGACY RESERVES OPERATING LP | § | CASE NO: 19-33401 |
| | § | |
| LEGACY RESERVES ENERGY SERVICES LLC | § | CASE NO: 19-33402 |
| | § | |
| LEGACY RESERVES OPERATING GP LLC | § | CASE NO: 19-33403 |
| | § | |
| DEW GATHERING LLC | § | CASE NO: 19-33405 |
| | § | |
| LEGACY RESERVES MARKETING LLC | § | CASE NO: 19-33406 |
| | § | **Jointly Administered Order** |
| Debtor(s) | § | |
| | § | **CHAPTER 11** |

## ORDER IN FURTHERANCE OF CONFIRMATION

On this date, the Court confirmed the Debtors' plan of reorganization. ECF No. 838. In furtherance of paragraph 21(ii) of the order confirming the plan, and in furtherance of the Court's oral ruling, the Court orders:

1. The Debtors must send a new "Opt-Out" notice to any holder of a Class 5 Claim that did not return a ballot. The holder will have 21 days after the new notice is mailed to elect to "Opt-out" of the releases.

2. The releases of the Debtor's insiders will be effective (i) on the effective date, except as provided in subsection (ii) of this paragraph; and (ii) as to any claims for fraud or

willful misconduct, on the date on which the Debtor's independent directors determine that the insiders have not committed fraud or willful misconduct.

SIGNED **November 15, 2019.**

*[signature]*
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE