

ENTERED
02/20/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **LEGACY RESERVES INC.,** *et al.*[1] | § | **Case No.: 19-33395 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**ORDER GRANTING SECOND AND FINAL FEE APPLICATION OF
PILLSBURY WINTHROP SHAW PITTMAN LLP FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE COMMITTEE FOR
THE PERIOD JULY 3, 2019 THROUGH NOVEMBER 30, 2019**
(Refers to Docket No. 993)

Having considered the Second and Final Application of Pillsbury Winthrop Shaw Pittman LLP (the "Application"), as co-counsel to the Committee ("Pillsbury"), for allowance of compensation in the amount of $1,123,934.50 for the period July 3, 2019 through November 30, 2019 (the "Period"), plus the reimbursement of expenses during that same period in the amount of $143,821.43, for a total final award of $1,267,755.93; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided; and it appearing that no other or further notice need be provided; and upon the record of all the proceedings had before the Court; and this Court having determined that the relief sought in the Application is in the best interest of the Debtors' estates, their creditors, and all parties-in-interest

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Legacy Reserves Inc. (9553); Legacy Reserves GP, LLC (1065); Legacy Reserves LP (1069); Legacy Reserves Finance Corporation (1181); Legacy Reserves Services LLC (2710); Legacy Reserves Operating LP (7259); Legacy Reserves Energy Services LLC (1233); Legacy Reserves Operating GP LLC (7209); Dew Gathering LLC (4482); Pinnacle Gas Treating LLC (3711); Legacy Reserves Marketing LLC (7593). The location of the Debtors' service address is: 303 W Wall St, Midland, TX 79701.

1

in these jointly administered Cases; and this Court having determined that the legal and factual bases set forth in the Application established just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefore, IT IS HEREBY

**ORDERED** that this is a final Order; and it is further

**ORDERED** that Pillsbury is awarded the following as an administrative expense: $1,123,934.50 for professional services rendered and $143,821.43 for reimbursement of actual and necessary expenses for a total final award of $1,267,755.93; and it is further

**ORDERED** that the Debtors are authorized to pay to Pillsbury the final allowance of fees and expenses, less any amounts previously paid in connection with the compensation or expenses requested pursuant to the Application; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Signed: February 20, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

2