

ENTERED

04/09/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **LEGACY RESERVES INC., *et al.*[1]** | § | **Case No.: 19-33395 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**ORDER GRANTING FINAL FEE APPLICATION OF**
**MILLER BUCKFIRE & CO., L.L.C. AND STIFEL, NICOLAUS & CO., INC.,**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**INVESTMENT BANKER, FOR ALLOWANCE AND PAYMENT OF FOR**
<u>**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**</u>
(Refers to Docket No. 994)

Upon consideration of the Final Application (the "**Application**") of Miller Buckfire & Co., LLC ("**MB&Co.**") and Stifel, Nicolaus & Co., Inc. ("**SN&Co.**" and, together with MB&Co., "**Miller Buckfire**"), investment banker to the official committee of unsecured creditors appointed in the above-captioned cases (the "**Committee**" in the "**Debtors**'" "**Chapter 11 Cases**"), seeking final compensation for reasonable and necessary professional services rendered by Miller Buckfire during the period August 2, 2019 through November 30, 2019 (the "**Fee Period**"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application have been filed,

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Legacy Reserves Inc. (9553); Legacy Reserves GP, LLC (1065); Legacy Reserves LP (1069); Legacy Reserves Finance Corporation (1181); Legacy Reserves Services LLC (2710); Legacy Reserves Operating LP (7259); Legacy Reserves Energy Services LLC (1233); Legacy Reserves Operating GP LLC (7209); Dew Gathering LLC (4482); Pinnacle Gas Treating LLC (3711); Legacy Reserves Marketing LLC (7593). The location of the Debtors' service address is: 303 W Wall St, Midland, TX 79701.

and no further notice is required; and (e) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Application and all relevant proceedings before the Court in connection with the Application.  Therefore, it is hereby

**ORDERED** that Miller Buckfire is allowed final compensation of $1,925,000 for professional services rendered and $154,486.82 for reimbursement of actual and necessary expenses as an administrative expense of these chapter 11 cases; and it is further

**ORDERED** that the Debtors are authorized and directed to pay to Miller Buckfire all fees and expenses allowed pursuant to this Order, less any amounts previously paid in connection with the compensation or expenses requested pursuant to the Application; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

THIS IS A FINAL ORDER.

Signed:  April 09, 2020

_____
Marvin Isgur
United States Bankruptcy Judge